# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

COURTNEY J. PRESTON,

    Petitioner,

v.                                                       Case No. 1:18-cv-68-AW-GRJ

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,

    Respondent.

_____/

## ORDER DENYING MOTION TO DISMISS

The Court has considered the magistrate judge's September 24, 2019 report and recommendation. ECF No. 26. No objections have been filed. The Court concludes that the report and recommendation should be accepted, and it is adopted into this order. The motion to dismiss (ECF No. 21) is DENIED.

SO ORDERED on November 7, 2019.

                                                            s/ *Allen Winsor*
                                                            United States District Judge